IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:15cv80088

ANNON CONSULTING, INC.,

       Plaintiff,

v.

BIONITROGEN HOLDINGS CORP.,
BIO-SNG TECHNOLOGIES
INTERNATIONAL CORP.,
BIONITROGEN FLORIDA HOLDINGS,
LLC, BIONITROGEN PLANT FL
HENDRY, LLC, BIONITROGEN
PLANT FL HARDEE, LLC, BIONITROGEN
BIOMASS SOURCING, LLC,
B GROUP, LLC AND 4A
TECHNOLOGIES, LLC

       Defendants.

_____/

## COMPLAINT

Plaintiff Annon Consulting, Inc. ("Annon"), by and through undersigned counsel, sues BioNitrogen Holdings Corp. ("BioNitrogen"), Bio-SNG Technologies, International Corp., BioNitrogen Florida Holdings, LLC, BioNitrogen Plant FL Hendry LLC, BioNitrogen Plant FL Hardee, LLC, BioNitrogen Biomass Sourcing, LLC, B Group, LLC and 4A Technologies, LLC, and alleges as follows:

## INTRODUCTION

1.     Annon lent BioNitrogen $845,000 pursuant to a written loan agreement. The loan was secured by certain personal property of BioNitrogen, guaranteed by Bio-SNG Technologies, International Corp. ("Bio-SNG"), BioNitrogen Florida Holdings, LLC,  BioNitrogen Plant FL Hendry LLC, BioNitrogen Plant FL Hardee, LLC, BioNitrogen Biomass Sourcing, LLC and B

Group, LLC (collectively, "Guarantors") and Bio-SNG's pledged securities in 4A Technologies, LLC.

2.      BioNitrogen breached the loan agreement by failing to repay the indebtedness. As a result, BioNitrogen and the Guarantors are liable for the principal amount, interest, attorney's fees and costs. In addition, Annon is entitled to foreclose on BioNitrogen's personal property in which it has a security interest and obtain the securities pledged by Bio-SNG.

## PARTIES, JURISDICTION AND VENUE

3.      Annon is a corporation organized under the laws of the Province of Ontario, Canada with principal place of business in Toronto, Ontario, Canada.

4.      BioNitrogen is a New Jersey corporation with principal place of business in West Palm Beach, Florida.

5.      Bio-SNG is a Delaware corporation with principal place of business in West Palm Beach, Florida.

6.      BioNitrogen Florida Holdings, LLC is a Florida limited liability company with principal place of business in West Palm Beach, Florida. It is a wholly owned subsidiary of Bio-SNG.

7.      BioNitrogen Plant FL Hendry, LLC is a Florida limited liability company with principal place of business in West Palm Beach, Florida. It is a wholly owned subsidiary of BioNitrogen Florida Holdings, LLC which in turn is a wholly owned subsidiary of Bio-SNG.

8.      BioNitrogen Plant FL Hardee, LLC is a Florida limited liability company with principal place of business in West Palm Beach, Florida. It is a wholly owned subsidiary of BioNitrogen Florida Holdings, LLC which in turn is a wholly owned subsidiary of Bio-SNG.

9.     BioNitrogen Biomass Sourcing, LLC is a Florida limited liability company with principal place of business in West Palm Beach, Florida. It is a wholly owned subsidiary of Bio-SNG.

10.     B Group, LLC is a Florida limited liability company with principal place of business in West Palm Beach, Florida. Upon information and belief, it is a wholly owned subsidiary of Bio-SNG.

11.     4A Technologies, LLC is a Texas limited liability company with principal place of business in Lubbock, Texas. Upon information and belief, it is a wholly owned subsidiary of Bio-SNG.

12.     The Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(2) because Annon is a citizen of Canada while the Defendants are citizens of Delaware, Florida and New Jersey and the amount in controversy exceeds the sum specified in 28 U.S.C. § 1332(a).

13.     Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendants reside in this Judicial District.

## FACTUAL ALLEGATIONS

### A.  Annon Lent BioNitrogen $845,000.

14.     On or about December 16, 2013, Annon and BioNitrogen entered into a Secured Loan Agreement ("SLA") (**Exhibit A** hereto), Promissory Note ("Note") (**Exhibit B** hereto), Fee Agreement (**Exhibit C** hereto), Security Agreement (**Exhibit D** hereto), Pledge Agreement (**Exhibit E** hereto) and Guaranty (**Exhibit F** hereto) (collectively, the "Loan Documents").

15.     BioNitrogen is the Borrower under the SLA.

16.     Annon is the Agent and the Lender under the SLA.

17.     The Loan Documents contemplated that Annon and others would lend BioNitrogen up to $2,500,000 subject to certain terms and conditions in the Loan Documents.

18.    The Loan Documents are governed by the laws of Ontario, Canada.

19.    For the purpose of open disclosure, the SLA provided Annon access to BioNitrogen's books and records. SLA at § 6.7.

20.    Pursuant to the SLA, Annon lent BioNitrogen $845,000, $290,000 of which was advanced on December 16, 2013 and $555,000 of which was advanced on January 7, 2014.

21.    Consistent therewith, BioNitrogen executed the Note governing repayment on the indebtedness.

22.    The interest rate set forth in the Note is 30% per annum.

23.    The default rate of interest is 32%.

24.    According to section 3.1 of the SLA, BioNitrogen was obligated to make monthly interest payments. BioNitrogen was obligated to repay the principal on June 30, 2014.

25.    The Fee Agreement provides that Annon is entitled to compensation of 50 basis points (0.5%) of the principal amount of the loan for acting as the Agent under the Loan Documents.

**B.    Security for the Loan and the Guaranty.**

26.    As security for the loan, BioNitrogen granted Annon a security interest in all of its: (a) equipment, (b) fixtures, (c) goods, (d) inventory, (e) general intangibles, (f) other personal property, (g) books and records pertaining to the foregoing items and (h) the proceeds from the foregoing items (collectively, "Collateral). Security Agreement at § 2.

27.    Annon is entitled to foreclose on the Collateral in the event that BioNitrogen defaults under the SLA. Security Agreement at §§ 7, 8.

28.    As further security for the loan, Guarantor Bio-SNG pledged 100% of the membership interests in its wholly owned subsidiary, 4A Technologies, LLC ("Pledged Interests"). See generally Pledge Agreement.

29.     Under the Pledge Agreement, Annon is entitled to force a judicial sale of the Pledged Interests in the event BioNitrogen defaults under the SLA. Id.

30.     Pursuant to the Guaranty, the Guarantors agreed to repay any monies owed under the SLA to the extent BioNitrogen failed to make the required repayment. See generally Guaranty.

**C.     BioNitrogen Defaulted by Failing to Repay the Indebtedness.**

31.     BioNitrogen has failed to repay any of the principal or interest due under the SLA or Note (collectively, the "Indebtedness").

32.     Annon sent letters to BioNitrogen and the Guarantors dated December 22, 2014 and January 5, 2015 (**Exhibits G and H** hereto, respectively) declaring them in default of their obligations under the Loan Documents.

33.     BioNitrogen and the Guarantors have failed to cure the default.

34.     By letter dated January 9, 2015, Annon demanded inspection of BioNitrogen's books and records pursuant to Section 6.7 of the SLA. See **Exhibit I** hereto.

35.     BioNitrogen did not respond.

36.     Annon engaged the undersigned attorney and is obligated to pay him a reasonable fee for his services.

37.     All conditions precedent to this action have occurred, been satisfied, or waived.


**COUNT I**
**BREACH OF PROMISSORY NOTE**
**(Against BioNitrogen)**

38.     Annon restates and realleges paragraphs 1 through 37 as if each paragraph was fully set forth herein.

39.     The Note is an enforceable contract, the terms of which are governed by the laws of the Province of Ontario.

40.     Annon lent BioNitrogen $845,000.

41.     The interest rate on the loan is 30%.

42.     Repayment was due on June 30, 2014.

43.     BioNitrogen failed to repay the Indebtedness.

44.     On December 22, 2014 and January 5, 2015, Annon gave notice of default to BioNitrogen under the Loan Documents.

45.     BioNitrogen is in default under the Note and has failed to cure the default.

46.     Annon is entitled to be repaid the Indebtedness plus its reasonable attorney's fees and costs.

WHEREFORE, Annon prays for the following relief:

A.     A judgment for damages against BioNitrogen in an amount to be determined at trial together with interest, attorney's fees and costs; and

B.     Such other and further relief as this court deems just and proper.


**COUNT II**
**BREACH OF GUARANTY AGREEMENT**
**(Against the Guarantors)**

47.     Annon restates and realleges paragraphs 1 through 37 and 39 through 45 as if each paragraph was fully set forth herein.

48.     The Guaranty is an enforceable contract.

49.     The Guarantors agreed to repay the Indebtedness if BioNitrogen did not repay it.

50.     BioNitrogen failed to repay the Indebtedness.

51.    On December 22, 2014 and January 5, 2015, Annon gave notice of default to BioNitrogen and the Guarantors under the Loan Documents.

52.    The Guarantors are in default under the Guaranty Agreement and have failed to cure the default.

53.    Annon is entitled to be repaid the Indebtedness plus its reasonable attorney's fees and costs.

WHEREFORE, Annon prays for the following relief:

A.    A judgment for damages against the Guarantors in an amount to be determined at trial together with interest, attorney's fees and costs; and

B.    Such other and further relief as this court deems just and proper.

## COUNT III
## FORECLOSURE OF SECURITY INTEREST
### (Against All Defendants)

54.    The Buyers restate and reallege paragraphs 1 through 37 and 39 through 45 as if each paragraph was fully set forth herein.

55.    Pursuant to the Security Agreement, BioNitrogen granted Annon a security interest in the Collateral to secure repayment of the Indebtedness.

56.    BioNitrogen breached the Loan Documents by failing to repay the Indebtedness.

57.    Annon is entitled to foreclose on the Collateral.

58.    Annon is also entitled to repayment of its reasonable attorney's fees and costs.

WHEREFORE, Annon prays for the following relief:

A.    An injunction restraining Defendants from disposing of the Collateral;

B.    A judgment of foreclosure against the Collateral;

C.    A judgment requiring Defendants to produce all documents regarding the Collateral;

D.      A judgment allowing Annon to collect from all account debtors and obligors

amounts due or that become due to Defendants;

E.      Award of Annon's reasonable attorney's fees and costs; and

F.      Such other and further relief as this court deems just and proper.

## COUNT IV
## FORECLOSURE OF PLEDGED SECURITIES
### (Against Bio-SNG and 4A Technologies, LLC)

59.     The Buyers restate and reallege paragraphs 1 through 37 and 39 through 45 as if

each paragraph was fully set forth herein.

60.     Pursuant to the Pledge Agreement and to secure repayments of the Indebtedness,

Bio-SNG granted Annon a security interest in the Pledged Interests.

61.     BioNitrogen breached the Loan Documents by failing to repay the Indebtedness.

62.     Annon is entitled to foreclose on the Pledged Interests.

63.     Annon is also entitled to repayment of its reasonable attorney's fees and costs.

WHEREFORE, Annon prays for the following relief:

A.      An injunction restraining Bio-SNG and 4A Technologies, LLC from disposing of

the Pledged Interests;

B.      A judgment of foreclosure against the Pledged Interests;

C.      A judgment requiring Bio-SNG and 4A Technologies, LLC to produce all

documents regarding the Collateral;

D.      Award of Annon's reasonable attorney's fees and costs; and

E.      Such other and further relief as this court deems just and proper.

## COUNT V
## ACTION TO COMPEL INSPECTION OF BIONITROGEN'S BOOKS AND RECORDS
## (Against BioNitrogen)

64.     The Buyers restate and reallege paragraphs 1 through 37 as if each paragraph was fully set forth herein.

65.     Pursuant to the SLA, Annon is entitled to inspect the books and records of Annon.

66.     On January 9, 2015, Annon issued a written request to BioNitrogen to inspect its books and records.

67.     BioNitrogen failed to respond the request and has not otherwise provided for the inspection.

68.     Annon is entitled to inspect BioNitrogen's books and records.

69.     Annon is also entitled to repayment of its reasonable attorney's fees and costs incurred in prosecuting this claim.

WHEREFORE, Annon prays for the following relief:

A.     A judgment requiring BioNitrogen to allow Annon and/or its agents to inspect its books and records;

B.     Award of Annon's reasonable attorney's fees and costs; and

C.     Such other and further relief as this court deems just and proper.


Dated: January 26, 2015
Boca Raton, Florida

CAHEN LAW, P.A.
1900 Glades Rd., Suite 355
Boca Raton, Florida  33431
Telephone:  (561) 922-0430

*/s/ Geoffrey M. Cahen*
GEOFFREY M. CAHEN
Florida Bar No. 0013319
geoff@cahenlaw.com