IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:15-CV-80088

ANNON CONSULTING, INC.,

    Plaintiff,

v.

BIONITROGEN HOLDINGS CORP.,
BIO-SNG TECHNOLOGIES,
INTERNATIONAL CORP.,
BIONITROGEN FLORIDA HOLDINGS,
LLC, BIONITROGEN PLANT FL
HENDRY LLC, BIONITROGEN
PLANT FL HARDEE, LLC, BIONITROGEN
BIOMASS SOURCING, LLC,
B GROUP, LLC AND 4A
TECHNOLOGIES, LLC

    Defendants
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Plaintiff Annon Consulting, Inc. ("Annon"), by and through undersigned counsel and pursuant to Fla. R. Civ. P. 55(a), moves for entry of a default by the Clerk against Defendants BioNitrogen Holdings Corp., Bio-SNG Technologies, International Corp., BioNitrogen Florida Holdings, LLC, BioNitrogen Plant FL Hendry LLC, BioNitrogen Plant FL Hardee, LLC, BioNitrogen Biomass Sourcing, LLC and B Group, LLC (collectively, the "Defendants").[1]

1       On January 28, 2015, Annon served each of the Defendants with the Complaint and respective Summons DE-7.

2       Defendants had until February 19, 2015 to respond to the Complaint. Fed R. Civ. P. 12(a).

3. Defendants have not filed any paper in this action.

4. Because Defendants have not filed a pleading or otherwise defended in this action, the Court should enter a Default against them. Fed. R. Civ. P. 55(a).

WHEREFORE, Annon respectfully requests that the Court enter a Default against the Defendants together with such other relief as the Court deems just and proper.

Dated: February 23, 2015
Boca Raton, Florida

                                  CAHEN LAW, P.A.
                                  1900 Glades Rd., Suite 355
                                  Boca Raton, Florida 33431
                                  Telephone: (561) 922-0430

                                  */s/ Geoffrey M. Cahen*
                                  GEOFFREY M. CAHEN
                                  Florida Bar No. 0013319
                                  geoff@cahenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2015 a true and correct copy of the foregoing has been filed via CM/ECF and furnished by U.S. Mail to the parties on the attached service list.

                                  *s/ Geoffrey M. Cahen*
                                  GEOFFREY M. CAHEN

---

[1] This motion does not seek entry of default against Defendant 4A Technologies, LLC.

## SERVICE LIST

BioNitrogen Holdings Corp.
Fredy A. Predoza, Sr., Registered Agent
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401

Bio-SNG Technologies, International Corp.
Pia Linn, Registered Agent
1400 Centrepark Blvd, Suite 860
West Palm Beach, Florida 33401

BioNitrogen Florida Holdings, LLC
Fredy A. Predoza, Sr., Registered Agent
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401

BioNitrogen Plant FL Hendry LLC
Fredy A. Predoza, Sr., Registered Agent
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401

BioNitrogen Plant FL Hardee, LLC
Pia Linn, Registered Agent
1400 Centrepark Blvd, Suite 860
West Palm Beach, Florida 33401

BioNitrogen Biomass Sourcing, LLC and
Fredy A. Predoza, Sr., Registered Agent
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401

B Group, LLC
Bryan B. Kornegay, Jr., Registered Agent
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401