IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:15-CV-80088

ANNON CONSULTING, INC.,

    Plaintiff,

v.

BIONITROGEN HOLDINGS CORP.,
BIO-SNG TECHNOLOGIES,
INTERNATIONAL CORP.,
BIONITROGEN FLORIDA HOLDINGS,
LLC, BIONITROGEN PLANT FL
HENDRY LLC, BIONITROGEN
PLANT FL HARDEE, LLC, BIONITROGEN
BIOMASS SOURCING, LLC,
B GROUP, LLC AND 4A
TECHNOLOGIES, LLC

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
## AGAINST 4A TECHNOLOGIES, LLC

Plaintiff Annon Consulting, Inc. ("Annon"), by and through undersigned counsel and pursuant to Fla. R. Civ. P. 55(a), moves for entry of a default by the Clerk against Defendant 4A Technologies, LLC ("4A").[1]

1. As of January 26, 2015, 4A acknowledged that it was served with the Summons and Complaint. DE-17.

2. Pursuant to an extension agreed to between the undersigned and 4A's Florida lawyer, Michael Nullman, Esq., 4A had until March 13, 2015 to respond to the Complaint.

3. 4A has not filed any paper in this action.

---

[1] Default was entered against the remaining defendants on February 24, 2015. DE-16.

4. Because 4A has not filed a pleading or otherwise defended in this action, the Court should enter a Default against it. Fed. R. Civ. P. 55(a).

WHEREFORE, Annon respectfully requests that the Court enter a Default against the 4A Technologies, LLC together with such other relief as the Court deems just and proper.

Dated: March 18, 2015
Boca Raton, Florida

                                        CAHEN LAW, P.A.
                                        1900 Glades Rd., Suite 355
                                        Boca Raton, Florida  33431
                                        Telephone:  (561) 922-0430

                                        */s/ Geoffrey M. Cahen*
                                        GEOFFREY M. CAHEN
                                        Florida Bar No. 0013319
                                        geoff@cahenlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2015 a true and correct copy of the foregoing has been filed via CM/ECF and furnished by email to the parties' attorney on the attached service list.

                                        *s/ Geoffrey M. Cahen*_____
                                        GEOFFREY M. CAHEN

## SERVICE LIST

BioNitrogen Holdings Corp.
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

Bio-SNG Technologies, International Corp.
1400 Centrepark Blvd, Suite 860
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

BioNitrogen Florida Holdings, LLC
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

BioNitrogen Plant FL Hendry LLC
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

BioNitrogen Plant FL Hardee, LLC
1400 Centrepark Blvd, Suite 860
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

BioNitrogen Biomass Sourcing, LLC and
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

B Group, LLC
1400 Centrepark Blvd, Suite 800
West Palm Beach, Florida 33401
mnullman@nasonyeager.com

4A Technologies, LLC
5420 100th Street
Lubbock, Texas 79424
mnullman@nasonyeager.com