UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANNON CONSULTING, INC.

　　　　PLAINTIFF(S)

CASE NUMBER
9:15−cv−80088−KLR

v.

BIONITROGEN HOLDINGS CORP., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

　　　　DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**4A Technologies, LLC**

as of course, on the date March 19, 2015.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc: Senior Judge Kenneth L. Ryskamp
　　ANNON CONSULTING, INC.
　　24 Hunbervale Blvd.

　　Toronto
M8Y 3P2

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)