UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80088-CIV-RYSKAMP/HOPKINS

ANNON CONSULTING, INC.,

    Plaintiff,

v.

BIONITROGEN HOLDINGS CORP.,
BIO-SNG TECHNOLOGIES,
INTERNATIONAL CORP.,
BIONITROGEN FLORIDA HOLDINGS,
LLC, BIONITROGEN PLANT FL
HENDRY LLC, BIONITROGEN
PLANT FL HARDEE, LLC, BIONITROGEN
BIOMASS SOURCING, LLC,
B GROUP, LLC AND 4A
TECHNOLOGIES, LLC,

    Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

    THE COURT, having granted Plaintiff Annon Consulting, Inc.'s motion for final default judgment, hereby

    ORDERS AND ADJUDGES that FINAL DEFAULT JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Annon Consulting, Inc. and against Defendants Bionitrogen Holdings Corp., Bio-SNG Technologies, International Corp., Bionitrogen Florida Holdings, LLC, Bionitrogen Plant FL Hendry LLC, Bionitrogen Plant FL Hardee, LLC, Bionitrogen Biomass Sourcing, LLC, B Group, LLC and 4A Technologies, LLC.  The default final judgment includes the following provisions:

    1) Judgment is entered against BioNitrogen and the Guarantors in

the amount of $1,188,112.12 plus per diem interest of $741.00 for each day after April 13, 2015.

2) Judgment is entered against BioNitrogen wherein BioNitrogen shall assemble the Collateral, produce all documents concerning the Collateral, is enjoined from disposing of the Collateral, shall allow Annon to collect from all account debtors and obligors amounts due or that become due to Defendants.  Annon may dispose of the Collateral via a private sale or any other method permitted by the Uniform Commercial Code.

3) Judgment is entered against BioNitrogen, Bio-SNG and 4A Technologies, LLC wherein these parties shall confirm that Annon is entitled to dispose of the Pledged Interests via a private sale or any other method permitted by the Uniform Commercial Code.

4) Judgment is entered against BioNitrogen wherein it shall allow Annon to inspect its books and records on an ongoing basis.

5) Judgment is entered against the Defendants entitling Annon to collect its reasonable costs and attorney's fees incurred in this litigation.  The Court reserves jurisdiction over this matter for the purpose of determining the amount of any fees and costs award.

The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 21st day of October, 2015.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE