UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO: 9:15-CV-80088-KLR

ANNON CONSULTING, INC.,

    Plaintiff,

v.

BIONITROGEN HOLDINGS CORP., BIO-SNG TECHNOLOGIES INTERNATIONAL CORP., BIONITROGEN FLORIDA HOLDINGS, LLC, BIONITROGEN PLANT FL HENDRY, LLC, BIONITROGEN PLANT FL HARDEE, LLC, BIONITROGEN BIOMASS SOURCING, LLC, B GROUP, LLC AND 4A TECHNOLOGIES, LLC,

    Defendants.    /

## NOTICE OF APPEAL

Defendants, BioNitrogen Holdings Corp., Bio-SNG Technologies International Corp., BioNitrogen Florida Holdings, LLC, BioNitrogen Plant FL Hendry, LLC, and 4A Technologies, LLC (the foregoing collectively referred to as the "Bankruptcy Defendants" or "Appellants"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 158(a), Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules for the United States Bankruptcy Court of the Southern District of Florida, file this Notice of Appeal from the *Final Default Judgment* [ECF # 41] (the "Judgment"), entered on October 21, 2015 by the Honorable Kenneth L. Ryskamp, United States District Court Judge for the Southern District of Florida and the *Order Granting Motion for Final Default Judgment* [ECF# 40] (the "Order") entered on October 21, 2015 by the Honorable Kenneth L. Ryskamp, United States District

Court Judge for the Southern District of Florida. The names of all of the appellees and interested parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **APPELLANTS:** | **COUNSEL:** |
|---|---|
| BioNitrogen Holdings, Corp., a Florida limited liability company | EHRENSTEIN CHARBONNEAU CALDERIN<br>Robert P. Charbonneau, Esq.<br>Florida Bar No.: 968234 |
| Bio-SNG Technologies International, Corp. a Delaware corporation | rpc@ecclegal.com<br>501 Brickell Key Drive, Suite 300<br>Miami, Florida 33131 |
| BioNitrogen Florida Holdings, LLC, a Florida limited liability company | T. 305.722.2002    F. 305.722.2001<br>www.ecclegal.com |
| BioNitrogen Plant FL Hendry, LLC a Florida limited liability company | |
| 4A Technologies, LLC, a Texas limited liability company | |

| **APPELLEES:** | **COUNSEL:** |
|---|---|
| ANNON Consulting, Inc., a corporation organized under the laws of the Province of Ontario, Canada | CAHEN LAW, P.A.<br>Geoffrey M. Cahen, Esq.<br>Florida Bar No.: 13319<br>geoff@cahenlaw.com<br>1900 Glades Rd., Suite 355<br>Boca Raton, Florida 33431<br>T. 561.922.0430 |

| INTERESTED PARTIES: | COUNSEL: |
|---|---|
| BioNitrogen Plant FL Hardee, LLC, a Florida limited liability company<br><br>BioNitrogen Biomass Sourcing, LLC, a Florida limited liability company<br><br>B Group, LLC, a Florida limited liability company | DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP<br>Lawrence D. Goodman, Esq.<br>Florida Bar No.: 712647<br>lgoodman@devinegoodman.com<br>Caitlin M. Clarke, Esq.<br>Florida Bar No.: 106897<br>cclarke@devinegoodman.com<br>2800 Ponce de Leon Boulevard, Suite 1400<br>Coral Gables, Florida 33134<br>T. 305.374.8200   F. 305.374.8208<br><br>and<br><br>LOREN & KEAN LAW<br>Allen Jay Heffner, Esq.<br>Florida Bar No.: 84252<br>aheffner@lorenkeanlaw.com<br>7111 Fairway Drive, Suite 302<br>Palm Beach Gardens, FL 33418<br>T. 561.615.5701   F. 561.615.5708 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20TH day of November 2015, a true and correct copy of the foregoing was electronically filed and served with the Clerk of Court using CM/ECF.

EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for the Appellants*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002   F. 305.722.2001
www.ecclegal.com

By: _____
Robert P. Charbonneau, Esq.
Florida Bar No: 968234
rpc@ecclegal.com